**Order entered March 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01065-CV

**ELLIOT GIBBS, Appellant**

**V.**

**BRIGHTON BORROWER, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04687-D**

## ORDER

On February 22, 2022, after being informed appellant has not requested the reporter's record, we directed appellant to file written verification he had requested it. Although we cautioned appellant that failure to comply within ten days could result in the appeal being submitted without the reporter's record, appellant has yet to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than April 13, 2022.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE